FRANCIS C. BEHAN, an Infant, by FRANCIS J. BEHAN, His Guardian ad Litem, Appellant, v. GEORGE MALEADY, Respondent. FRANCIS J. BEHAN, Appellant, v. GEORGE MALEADY, Respondent.— Appeal from an order dismissing the complaints

and from judgments of nonsuit. The infant plaintiff and the defendant were employees of the county of Rensselaer. The Workmen's Compensation Law provides the only remedy for an injured coemployee. (Workmen's Comp. Law, § 29, as amd. by Laws of 1934, chap. 695.) Judgment and order unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.